PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN CARLOS URIAS TORRES,<br><br>Defendant. | CASE NO. 1:23-CR-00099-JLT-SKO<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: March 6, 2024<br>TIME: 1:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on March 6, 2024.

2. By this stipulation, defendant now moves to continue the status conference until August 21, 2024, at 1:00 P.M. and to exclude time between March 6, 2024, and August 21, 2024, inclusive.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The discovery associated with this case includes investigative reports and photographs. All this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b) Mr. Urias Torres is charged in a "complex" "related case" *United States v. Leiva-Leiva et al*, (1:22-cr-232) and wishes for the above-captioned case to trail that case, which is also being continued for a status conference on August 21, 2024.

c) Counsel for defendant desires additional time to consult with his/her client, conduct investigation, review the discovery, and prepare for a possible trial.

d) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e) The government does not object to the continuance.

f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 6, 2024 to August 21, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because the continuance results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  February 28, 2024                     PHILLIP A. TALBERT
                                              United States Attorney

                                              /s/ Justin J. Gilio
                                              JUSTIN J. GILIO
                                              Assistant United States Attorney

Dated:  February 28, 2024                     /s/ Adilene Flores Estrada
                                              Adilene Flores Estrada
                                              Counsel for Defendant
                                              Juan Carlos Urias Torres

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

1
2
3
4
5
6
7                                          **ORDER**

8   IT IS SO ORDERED.
9
10   DATED:   2/28/2024

                                   _____
11                                  THE HONORABLE SHEILA K. OBERTO
                                    UNITED STATES MAGISTRATE JUDGE
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION REGARDING EXCLUDABLE TIME                    3
PERIODS UNDER SPEEDY TRIAL ACT