MICHELE BECKWITH
Acting United States Attorney
JUSTIN J. GILIO
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00099-BLW-BAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; AND ORDER |
| v. | |
| JUAN CARLOS URIAS-TORRES, | |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. This case is trailing behind the defendant's other case, U.S. v. Leiva-Leiva, 1:22-cr-00232, set in front of Judge Winmill on September 8, 2025.

2. Time has previously been excluded through July 23, 2025.

3. The parties wish to **continue the status conference to September 8, 2025**.

4. Case ending 232, in which defendant is charged with RICO Conspiracy and VICAR Murder, is more serious than the instant case and the resolution of the lead case will materially impact the resolution of this case.

5. The defendant agrees to exclude time through September 8, 2025, inclusive.

6. The parties agree and stipulate, and request that the Court find the following:

   a) The discovery associated with this case includes investigative reports,

photographs and videos, as well as cellular phone extractions. All this discovery has been either produced directly to counsel and/or produced to a court-appointed discovery coordinator, and/or made available for inspection and copying.

b) Counsel for defendant desire additional time to consult with her client, conduct investigation, review the voluminous discovery, prepare for a possible trial, and explore a potential resolution of the case.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 23, 2025, through September 8, 2025 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(i), B(ii), and B(iv) because the case is so unusual or so complex, due to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section.  This stipulation also results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

7. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

IT IS SO STIPULATED.

Dated: May 21, 2025                                MICHELE BECKWITH
                                                   Acting United States Attorney

                                                   /s/ Robert L. Veneman-Hughes
                                                   ROBERT L. VENEMAN-HUGHES
                                                   Assistant United States Attorney

Dated: May 21, 2025                                /s/ Adilene Flores Estrada
                                                   ADILENE FLORES ESTRADA
                                                   Counsel for Defendant
                                                   Juan Carlos Urias-Torres

**ORDER**

IT IS SO ORDERED that time is excluded from July 23, 2025 to September 8, 2025 pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(i), B(ii).

IT IS SO ORDERED.

Dated:   **May 27, 2025**                          /s/ Barbara A. McAuliffe
                                                   UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT                             3