UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JUAN CARLOS URIAS-TORRES,<br><br>  Defendant. | Case No.: 1: 23-cr-00099-BLW-BAM<br><br>**ORDER ON DEFENDANT'S REQUEST TO WAIVE PERSONAL APPEARANCE** |

Pursuant to the request of the Defendant Juan Carlos Urias-Torres and Federal Rule of Criminal Procedure 43(b)(3), it is hereby ordered that Defendant's personal appearance is waived for the status conference on September 8, 2025.

DATED: September 4, 2025

_____
B. Lynn Winmill
U.S. District Court Judge

ORDER - 1